# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

ANDRE THOMAS

NO. 2023 KW 0006

**FEBRUARY 27, 2023**

---

In Re:     State of Louisiana, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 04-18-0599.

---

**BEFORE:   McCLENDON, HOLDRIDGE, AND GREENE, JJ.**

    **WRIT GRANTED IN PART AND DENIED IN PART.** The defendant pled guilty to committing a simple battery against the victim in docket number 10-14-0850. Prior incidents of abusive behavior against dating partners are admissible without the necessity of a hearing under La. Code Evid. art. 412.4. See **State v. Mayeux**, 2019-00369 (La. 1/29/20), 347 So.3d 623, judgment vacated on other grounds, **Mayeux v. Louisiana**, ___ U.S. ___, 141 S.Ct. 225, 208 L.Ed.2d 1 (2020). See also **State v. Piper**, 2018-1796 (La. App. 1st Cir. 9/27/19), 287 So.3d 13. The prior simple battery committed by the defendant against the victim fits squarely within the confines of Article 412.4 and is independently relevant to establish the defendant's violent proclivities and the volatile nature of his relationship with the victim. Further, this prior incident is independently relevant, not to prove defendant's bad character; but rather to show, among other purposes intent, opportunity, and pattern. See La. Code Evid. art. 404(B); **State v. Taylor**, 2016-1124, 2016-1183, (La. 12/1/16), 217 So.3d 283, 288-91. See also **State v. Hicks**, 2022-0350 (La. App. 1st Cir. 11/4/22), ___ So.3d ___, 2022 WL 16706949. Thus, the probative value of the evidence outweighs the danger of unfair prejudice. Accordingly, the district court's decision to exclude evidence of the defendant's conviction for simple battery of the victim is reversed, and this matter is remanded for further proceedings in accordance with this court's ruling. In all other respects, the writ application is denied.

**PMc**
**GH**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

_a.S_

---
DEPUTY CLERK OF COURT
   FOR THE COURT